### DENNISON & COMMAIRE vs. NICHOLSON.

APPEAL from the court of the first district

Whether pay-
ment to a part-
ner, acting in a
separate capa-
city from the
firm of which he
is a member, be
a payment to the
firm.

PORTER, J., delivered the opinion of the
court.   The defendant is sued as surety for
M'Coy, an auctioneer, who is stated in the pe-
tition to be insolvent.   The answer denies the
allegations in the petition.

The goods were consigned to M'Coy &
Scallan.   They were sold at auction by

East'n. District.
*March,* 1826.

DENNISON
& AL.
*vs.*
NICHOLSON.

M'Coy a partner in that firm. The judge of the first instance, thought a payment to him, was a payment to M'Coy & Scallan, to whom the goods had been consigned, and gave judgment for defendant. The plaintiffs appealed.

It is proved in evidence that M'Coy had a partner in the business of selling at auction, and that their affairs were carried on under the name of M'Coy & Co. An account of sales produced by the plaintiffs, shows that the sales were made by order, and on account of the petitioners, not of M'Coy & Scallan. This account is dated nine months after the last of the articles were sold, and acknowledged a balance in their hands of $425 36 cents. It would appear the consignment had been transferred from M'Coy & Scallan, to M'Coy & Co. for the latter paid the freight and other charges on the goods. We see, therefore, no ground for concurring with the judge *a quo*, that a payment to M'Coy was a payment to M'Coy & Scallan. Had the auctioneers acted for them, the question would have arisen whether a payment to a partner acting in a separate capacity, is a payment to the house of which he is a mem-

East'n. District.  ber, but in this instance, the sale was made in
*March* 1826.    the name and for the account of the owners of

DENNISON     the goods, not for the consignees.
& AL.
*vs.*
NICHOLSON.

It is therefore ordered, adjudged and de-
creed, that the judgment of the district court
be annulled, avoided, and reversed, and it is
further ordered adjudged and decreed, that
the plaintiffs do recover of the defendant, the
sum of $425 36 cents, with costs in both courts.

*Denis* for the plaintiffs, *Hennen* for the de-
fendant.